JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

FRANCISCO VICENTE-VICENTE,

Petitioner,

v.

FERETI SEMAIA, et al,

Respondent.

No. 5:26-cv-02453-BFM

**JUDGMENT**

Pursuant to the Order Denying the Petition for Writ of Habeas Corpus (ECF 13), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is denied without prejudice. The Court therefore directs the Clerk of Court to close this case.

DATED: May 19, 2026

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE